VIRGINIA & AMBINDER, LLP
By: Charles R. Virginia, Esq.
111 Broadway, Suite 1403
New York, New York 10006
Office Tel. No.: (212) 943-9080
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND and TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND,<br><br>Plaintiffs,<br><br>-against-<br><br>FERRARO & SON and THARPE-FERRARO, INC.,<br><br>Defendants. | 10 Civ. 2184(JHR)(JS)<br><br><br>**DEFAULT JUDGMENT** |

The Summons and Complaint in this action having been duly served on he above-named Defendants Ferraro & Son and Tharpe-Ferraro, Inc., and said Defendants having failed to comply with Court orders and defend in this action, and upon the annexed Declarations and the exhibits thereto;

NOW, on the motion of Virginia & Ambinder, LLP, attorneys for Plaintiffs, it is hereby

ORDERED AND ADJUDGED, that Plaintiffs Trustees of the New Jersey B.A.C. Health Fund and the Trustees of the Bricklayers & Trowel Trades International Pension Fund, do recover of Defendants Ferraro & Son and Tharpe-Ferraro, Inc., jointly and severally, each with its principal place of business at 22 Hartford Drive, Egg Harbor Township, New Jersey 08234, the amount of $3,043.00, plus interest at the legal rate in effect on the date of this judgment; and that the Plaintiffs have execution therefore; and it is further

ORDERED AND ADJUDGED, that Defendants Ferraro & Son and Tharpe-Ferraro, Inc.

make their books and records for the period July 15, 2005 through present available to Plaintiffs

to allow Plaintiffs to conduct a payroll audit.

Judgment dated:

*October 18, 2011*

By: _____
       U.S.D.J.